| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------------- X<br>:<br>GUADALUPE JIMENEZ, *on behalf of herself and others* :<br>*similarly situated* :<br>:<br>Plaintiffs, :<br>:<br>-against- :<br>:<br>COFACI FOODS INC. (DBA BORINQUEN SUPER :<br>MARKET) *and* LILLIAN CASTILLO, :<br>:<br>Defendants. :<br>:<br>-------------------------------------------------------------------- X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 9/19/2022<br><br>1:21-cv-8620-GHW<br><br>ORDER |

GREGORY H. WOODS, United States District Judge:

The Court declines to take action with respect to the proposed order to show cause, Dkt. No. 41, because Plaintiff has failed to comply with the Court's Individual Rules of Practice in Civil Cases, in particular Rule 3(G). Any renewed application for an order to show cause must comply with the Court's Individual Rules, which require, among other things, that counsel provide a memorandum of law addressing all of the issues detailed in Attachment A of the Court's Individual Rules. Counsel is directed to review and fully comply with the Court's Individual Rules of Practice in Civil Cases.

Plaintiff is directed to serve a copy of this order on all Defendants in this action and to retain proof of service.

SO ORDERED.

Dated: September 19, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge