```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
GUADALUPE JIMENEZ, on behalf of herself and others                  :
similarly situated                                                  :
                                                                    :
                                        Plaintiff,                  :
                                                                    :
            -against-                                               :
                                                                    :
COFACI FOODS INC. (DBA BORINQUEN SUPER                              :
MARKET) and LILLIAN CASTILLO,                                       :
                                                                    :
                                        Defendants.                 :
                                                                    :
------------------------------------------------------------------- X
```

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 1/13/2023 |

1:21-cv-8620-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On January 12, 2023, Plaintiff filed an application for an extension of the January 12, 2023 deadline for Plaintiff to submit a renewed order to show cause for default judgment. *See* Dkt. No. 51. Plaintiff failed to comply with the Court's Individual Rule 1(E), which requires that, absent an emergency, requests for extensions of time be made at least two business days prior to the original due date. Plaintiff's application for an extension of time did not describe an emergency that prevented Plaintiff from complying with Individual Rule 1(E). Plaintiff has again failed to comply with the Court's Individual Rules. *See* Dkt. Nos. 44, 50.

Plaintiff's application for extension of time, Dkt. No. 51, is granted. The Court expects that any renewed order to show cause for default judgment would be presented to the Court no later than January 26, 2023. If no adequate application has been submitted by that date, Plaintiff should expect that the Court will dismiss this action for failure to prosecute, and/or failure to comply with the Court's prior orders regarding compliance with its Individual Rules.

Plaintiff is directed to serve a copy of this order on all Defendants in this action and to retain proof of service.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 51.

SO ORDERED.

Dated: January 13, 2023
      New York, New York

_____
GREGORY H. WOODS
United States District Judge