```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
GUADALUPE JIMENEZ, on behalf of herself and others                  :
similarly situated                                                  :
                                                                    :
                                    Plaintiff,                      :
                                                                    :
                -against-                                           :
                                                                    :
COFACI FOODS INC. (DBA BORINQUEN SUPER                              :
MARKET) and LILLIAN CASTILLO,                                       :
                                                                    :
                                    Defendants.                     :
                                                                    :
------------------------------------------------------------------- X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/2023
```

1:21-cv-8620-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On January 26, 2023, Plaintiff filed a proposed order to show cause for default judgment and related materials. *See* Dkt. Nos. 54-56. In support of that application, Plaintiff submitted a declaration by Plaintiff's counsel and attached calculations for some, but not all, of the requested damages. *See* Dkt. No. 55 (Aff. Of Lina M. Stillman); Dkt. No. 55-1 (Damages Calculations). Plaintiff also has not submitted any calculation of prejudgment interest. In addition, Plaintiff has not submitted evidence in support of Plaintiff's calculations, such as a declaration from Plaintiff attesting to the number of hours that Plaintiff worked during each pay period and the amount that Plaintiff was paid.

The Court expects Plaintiff to submit any supplemental declarations including calculations of the total damages claimed and of prejudgment interest, as well as evidence supporting these calculations, by no later than February 6, 2023. To the extent Plaintiff submits additional calculations, Plaintiff should do so in an Excel spreadsheet and email the native file to Chambers.

Plaintiff is directed to serve a copy of this order on all Defendants in this action and to retain proof of service.

SO ORDERED.

Dated: January 31, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge