**KAUFMAN DOLOWICH**

Matthew Cohen, Esq.
mcohen@kaufmandolowich.com

> Application GRANTED. **SO ORDERED.**
>
> *[signature]*
>
> **Barbara Moses**
> **United States Magistrate Judge**
> **August 19, 2024**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/2024

**MEMO ENDORSED**

**VIA CM/ECF**
Hon. Barbara Moses
Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 740
New York, New York 10007

      Re:    **Guadalupe Jimenez v. Cofaci Foods Inc. (DB Borinquen Supermarket) et al.**
            **Civil Action No.: 21-cv-08620 (JGLC)**

Dear Judge Moses:

      This firm represents the Defendants, Cofaci Foods Inc. and Lillian Castillo, in the above-referenced matter. We write to respectfully request a two-week extension of time to file the joint letter and settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.* Plaintiff consents to this extension. The parties reached a settlement in principle and are still in the process of finalizing the terms of the settlement agreement. Accordingly, the parties respectfully request that the deadline be extended from August 19, 2024 to September 3, 2024. This is the parties' first request for an extension of this deadline.

      We thank Your Honor for consideration of this matter.

                                           Respectfully submitted,
                                           Kaufman Dolowich LLP

                                           *[signature]*

                                           Matthew Cohen, Esq.

Cc: Lina Stillman, Esq. (*via* ECF)