# KAUFMAN DOLOWICH

Matthew Cohen, Esq.
mcohen@kaufmandolowich.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/30/2024

**MEMO ENDORSED**

August 29, 2024

Application GRANTED. **SO ORDERED.**

[signature]

**Barbara Moses**
**United States Magistrate Judge**
**August 30, 2024**

**VIA ECF**
Hon. Barbara Moses
Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 740
New York, New York 10007

Re:   **Guadalupe Jimenez v. Cofaci Foods Inc. (DB Borinquen Supermarket) et al.
      Civil Action No.: 21-cv-08620 (JGLC)**

Dear Judge Moses:

This firm represents the Defendants, Cofaci Foods Inc. and Lillian Castillo, in the above-referenced matter. We write to respectfully request a two-week extension of time to file the motion for settlement approval pursuant to *Cheeks v. Freeport Pancake House, Inc.* Plaintiff consents to this extension request. The parties are presently working to finalize and execute the settlement agreement. Accordingly, the parties respectfully request that the deadline be extended from September 3, 2024 to September 17, 2024. This is the parties' second request for an extension of this deadline.

We thank Your Honor for consideration of this matter.

Respectfully submitted,
Kaufman Dolowich LLP

[signature]

Matthew Cohen, Esq.

Cc: Lina Stillman, Esq. (*via* ECF)