**STILLMAN LEGAL, P.C**
www.FightForUrRights.com
42 BROADWAY, 12TH FLOOR, NEW YORK NY 10004

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/17/2024__

September 17, 2024

**VIA ECF**

Hon. Barbara Moses
Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 740
New York, New York 10007

> Application GRANTED. No further extensions will be granted absent compelling circumstances. **SO ORDERED.**
>
> [signature]
>
> **Barbara Moses**
> **United States Magistrate Judge**
> **September 17, 2024**

**Re: Guadalupe Jimenez v. Cofaci Foods Inc. (DB Borinquen Supermarket) et al.**
**Civil Action No.: 21-cv-08620 (JGLC)**

Dear Judge Moses:

This firm represents the Plaintiff in the above-referenced matter. We write to respectfully request an extension of time, until **September 25, 2024**, to file the motion for settlement approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*

The parties have agreed to all terms of the settlement but require additional time to obtain signatures and finalize the confession of judgment. Both parties have consented to this extension request, and we expect this to be the last extension needed.

We respectfully request that the deadline be extended from September 17, 2024, to September 25, 2024.

We thank Your Honor for consideration of this matter.

Respectfully submitted,

/s/
_____