

> **USDC SDNY**
> **DOCUMENT**
> **ELECTRONICALLY FILED**
> DOC #: _____
> DATE FILED: __11/12/2024__
>
> **MEMO ENDORSED**
>
> Application GRANTED. SO ORDERED.
>
> _____
> Barbara Moses
> United States Magistrate Judge
> November 12, 2024

**VIA ECF**

**Jimenez et al. v. Borinquen Super Market, Inc., et al.**
Case No. 1:21-cv-08620-BCM

**LETTER MOTION FOR EXTENSION OF TIME TO FILE AMENDED SETTLEMENT AGREEMENT**

Honorable Barbara C. Moses:

Pursuant to the Court's Order dated October 24, 2024 (Dkt. 101), undersigned counsel for Plaintiffs respectfully requests a brief extension of time to file the amended Settlement Agreement. Due to unforeseen delays in obtaining necessary signatures from all parties, the Agreement is not yet finalized.

We are working diligently to finalize and execute the amended Settlement Agreement and anticipate that all required signatures will be obtained within fourteen (14) days. Accordingly, we respectfully request an extension of the deadline from November 7, 2024, to November 21, 2024.

We appreciate the Court's consideration and remain available should any further information be required.

/s/
Lina Stillman
42 Broadway, 12th Floor
New York, NY 10004
Tel: (212) 832-1000
Fax: (212) 203-9115
LS@StillmanLegalPC.com