```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/3/25___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUADALUPE JIMENEZ,

        Plaintiff,

    -against-

COFACI FOODS INC., et al.,

        Defendants.

21-CV-8620 (BCM)

**ORDER REGARDING MOTION TO WITHDRAW**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court is in receipt of the motion of Matthew Cohen, Amanda Slutsky, and Erika Rosenblum, counsel of record for defendants Cofaci Foods Inc. and Lillian Castillo, to withdraw as counsel for those defendants. (Dkts. 111, 112.) It is hereby ORDERED that if defendants wish to oppose the motion, they must submit their written opposition directly to chambers by mail or courier, no later than **March 13, 2025**, addressed to: **Chambers of Magistrate Judge Barbara Moses, United States District Court, 500 Pearl Street, New York, NY 10007.** Their papers should be clearly labelled with the title and docket number of this case, shown above. If the opposition papers contain any privileged or otherwise sensitive material, the Court will redact the submission before it is filed on the public docket.

    It is further ORDERED that defendants must also send a copy of their opposition papers to their current counsel, addressed to: **Matthew Cohen, Esq., Kaufman Dolowich LLP, 135 Crossways Park Drive, Suite 201, Woodbury, NY 11797**, or by email to **mcohen@kaufmandolowich.com.**

    Defendants are cautioned as follows: A corporation cannot represent itself in a United States District Court except through an attorney. Consequently, if the motion to withdraw is granted, defendant Cofaci Foods will be required to retain substitute counsel to defend it in this

action. Should it fail to do so, a default judgment may be entered against it. At that stage of the case, the plaintiff will be entitled to an award of all damages that are available under the law and supported by the evidence presented by the plaintiff. **Such an award could substantially exceed the amount of the settlement to which defendants agreed in 2024.** An individual defendant may represent herself in court, pro se. However, should she fail to enter a timely notice of pro se appearance, or fail thereafter to comply with her litigation obligations, a default judgment may be entered against her as well, with the same consequences noted above.

It is further ORDERED that Attorney Cohen must serve defendants with a copy of this Order, both by mail and by email, and file proof of such service on the docket.

Dated: New York, New York  
       March 3, 2025

SO ORDERED.

_____  
**BARBARA MOSES**  
**United States Magistrate Judge**