UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:    4/18/25
```

GUADALUPE JIMENEZ,

Plaintiff,

-against-

COFACI FOODS INC., et al.,

Defendants.

21-CV-8620 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Having filed an affidavit of service (Dkt. 116) attesting that this Court's March 18, 2025 Order (3/18/25 Order) (Dkt. 115) was served on defendants Lilian Castillo and Cofaci Foods, Inc., attorneys Matthew Cohen and Erika Rosenblum's withdrawal as counsel for defendants is hereby deemed effective. **The Clerk of Court is respectfully directed to terminate attorneys Cohen and Rosenblum as counsel of record for defendants.**

The Court further notes that defendant Cofaci Foods, Inc. failed to appear through new counsel and defendant Castillo failed to appear either through new counsel or pro se by April 17, 2025, the deadline set by this court in the March 18, 2025 Order. 3/18/25 Order at 6. Accordingly, plaintiff is entitled to seek a certificate of default pursuant to Local Civ. R. 55.1. *Id*.

Dated: New York, New York
April 18, 2025

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**