UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/13/25__
```

GUADALUPE JIMENEZ,

    Plaintiff,

-against-

COFACI FOODS INC., et al.,

    Defendants.

21-CV-8620 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    WHEREAS, plaintiff filed an Amended Complaint on March 16, 2022 (Dkt. 23) naming defendants Cofaci Foods Inc. and Lillian Castillo; and

    WHEREAS, attorneys for Cofaci Foods Inc. and Lillian Castillo were granted leave to withdraw as counsel of record for defendants, effective April 18, 2025 (Dkts. 115, 117); and

    WHEREAS, the Court ordered on March 18, 2025, that, "[i]f by April 17, 2025, the corporate defendant has failed to appear through new counsel or the individual defendant has failed to appear through new counsel or pro se, plaintiff may commence default proceedings against them" (Dkt. 115 at 6); and

    WHEREAS, Cofaci Foods Inc. failed to appear through new counsel, and Lillian Castillo failed to appear through new counsel or pro se; and

    WHEREAS, plaintiff filed a proposed clerk's certificate of default on April 24, 2025 (Dkt. 118), accompanied by an affirmation in support of the proposed certificate of default (Dkt. 119); and

    WHEREAS, on April 25, 2025, the Clerk issued a Certificate of Default as to defendants Cofaci Foods Inc. and Lillian Castillo (Dkt. 120); and

    WHEREAS, plaintiff has not moved pursuant to Fed. R. Civ. P. 55(b)(2) and Local Civ. R. 55.2 for a final default judgment against any of the defaulted parties;

NOW THEREFORE, it is hereby ORDERED that:

(1) Plaintiff shall promptly serve the proposed Clerk's Certificate of Default as to defendants Cofaci Foods Inc. and Lillian Castillo (Dkt. 118), together with its Affirmation in Support (Dkt. 119), in accordance with Local Civil Rule 55.1(a)(4).

(2) Any motion for a final default judgment must be filed, in accordance with Fed. R. Civ. P. 55(b)(2) and Local Civil Rule 55.2, no later than **May 27, 2025**.

Dated: New York, New York  　　　　　**SO ORDERED.**
　　　　May 13, 2025

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**BARBARA MOSES**
　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**