

**STILLMAN LEGAL, P.C**
www.FightForUrRights.com
42 BROADWAY, 12TH FLOOR, NEW YORK NY 10004

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/25
```

May 27, 2025

VIA ECF

Hon. Barbara C. Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Application GRANTED. Plaintiff's motion for default judgment is due no later than **June 17, 2025**. SO ORDERED.

_/s/ Barbara Moses_
Barbara Moses
United States Magistrate Judge
May 28, 2025

Re: Jimenez v. Borinquen Super Market, Inc., et al.,
Case No. 1:21-cv-08620-BCM

Dear Judge Moses:

I represent Plaintiff Guadalupe Jimenez in the above-referenced matter. Pursuant to Your Honor's Order dated May 13, 2025 (ECF No. 121), Plaintiff was directed to file a motion for default judgment no later than May 27, 2025.

I respectfully write to request a brief three-week extension, to finalize and file the motion. This short extension is necessary to allow additional time to compile, review, and submit the evidentiary documentation required under Rule 55(b)(2) and Local Rule 55.2, including damages evidence, billing records, and a memorandum of law.

This is Plaintiff's first request for an extension of this particular deadline. No other dates will be affected by this request.

We thank the Court for its attention to this matter.

Respectfully submitted,
/s/ Lina M. Stillman
Lina M. Stillman, Esq.
Attorney for Plaintiff