```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/12/25__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUADALUPE JIMENEZ,

    Plaintiff,

-against-

COFACI FOODS INC., et al.,

    Defendants.

21-CV-8620 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On April 18, 2025, attorneys for defendants Cofaci Foods, Inc. and Lillian Castillo were granted leave to withdrawal as counsel. (Dkts. 115, 117.) On April 25, 2025, after defendants failed to appear through new counsel or pro se, the Clerk issued a Certificate of Default against them. (Dkt. 120.) On June 17, 2025, plaintiff filed a motion for default judgment against defendants (Dkt. 124), which was successfully docketed in accordance with the Court's ECF rules on July 29, 2025. (Dkts. 127-133.)

On August 6, 2025, attorney Johanna Sanchez, with the Law Office of Johanna Sanchez PLLC, filed a notice of appearance on behalf of defendants Cofaci Foods, Inc. and Lillian Castillo. Accordingly, defendants – through counsel – may have until **August 20, 2025** to file their opposition to the motion for default judgment. Plaintiff's reply will be due no later than **August 27, 2025**.

Dated: New York, New York
       August 12, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**